| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WESLEY YOUNG, §
　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　§
*versus* 　　　　　　　　§　CIVIL ACTION NO. 1:11-CV-105
　　　　　　　　　　　　§
BREG, INC., 　　　　　　§
　　　　　　　　　　　　§
　　　　　Defendant. §

## ORDER OF DISMISSAL

Plaintiff Wesley Young's unopposed Motion for Dismissal Without Prejudice (#10) is GRANTED. Accordingly, this action is dismissed in its entirety, without prejudice. Each party shall bear its own costs and attorneys' fees.

SIGNED at Beaumont, Texas, this 12th day of July, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE